UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:00-00075 |
| | ) | JUDGE CAMPBELL |
| ANTHONY BOWERS | ) | |

ORDER

Pending before the Court is a Joint Motion to Unseal Documents Filed Under Seal (Docket No. 159). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE